**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br>v.<br><br>DESIREE L. DRINKS<br>      Defendant | Civil Action No: 16-05915 |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF COURT:

  Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

            Respectfully submitted,
            KML Law Group, P.C.

            By: _____
            Rebecca A. Solarz, Esquire
            Pennsylvania Attorney I.D. No. 315936
            Suite 5000 – BNY Independence Center
            701 Market Street
            Philadelphia, PA  19106-1532
            (215) 825-6327